1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   DANA SCHMELLER,

9             Plaintiff,

10       vs.

11   WALGREENS PHARMACY SERVICES
    MIDWEST, LLC d/b/a WALGREENS, a
12   Foreign Limited Liability Company,

13             Defendant.

No. 2:24-cv-01222

ORDER GRANTING IN PART AND
DENYING IN PART STIPULATED
MOTION TO CONTINUE CERTAIN
DEADLINES

14

15       The parties stipulated to the continuance of certain discovery deadlines.  Dkt. No. 16 at 3

16   (requesting continuance of deadlines for disclosing expert testimony under Rule 26, filing

17   discovery motions, and completing discovery).  The stipulated motion is GRANTED IN PART

18   and DENIED IN PART.

19       The Court finds good cause to support a continuance of the following deadlines:

20       • **Disclosure of expert testimony under FRCP 26(a)(2):** April 25, 2025

21       • **All motions related to discovery filed by:** May 23, 2025

22       • **Discovery completed by:** June 23, 2025

23

ORDER GRANTING STIPULATED MOTION TO CONTINUE CERTAIN
DEADLINES– 1
CASE NO. 2:24-cv-01222

1    However, the Court notes that the parties' proposed dates conflict with other, unexpired

2    deadlines in the Court's scheduling order.  *See, e.g.*, Dkt. No. 14 at 2 (requiring parties to file all

3    dispositive motions and motions challenging expert witness testimony by June 23, 2025).  The

4    parties have not requested extension of the other deadlines in the case schedule.

5    As such, the Court VACATES the unexpired deadlines which have not been addressed

6    above.  The Court will issue an amended case schedule based on the parties' agreed-upon trial date

7    and consistent with the Court's standard case schedule.  *See* Dkt. No. 11/website.  If any date in

8    the amended case schedule causes an irreconcilable conflict, the parties shall contact Courtroom

9    Deputy Diyana Staples at diyana_staples@wawd.uscourts.gov no later than 14 days after the

10   amended case schedule is entered.

11

12   Dated this 26th day of March, 2025.

13

14   _____

      Kymberly K. Evanson
15    United States District Judge

16

17

18

19

20

21

22

23

ORDER GRANTING STIPULATED MOTION TO CONTINUE CERTAIN
DEADLINES– 2
CASE NO. 2:24-cv-01222