UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANA SCHMELLER,

                    Plaintiff(s),

        v.

WALGREENS PHARMACY SERVICES
MIDWEST LLC,

                    Defendant(s).

CASE NO. C24-01222-KKE

ORDER ON STIPULATED MOTION TO
CONTINUE THE TRIAL DATE

The parties stipulated to a continuance of the trial date and case schedule.  Dkt. No. 27. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date.  The unexpired deadlines in the previous case schedule are VACATED. The courtroom deputy is directed to issue an amended case schedule based on a trial date of June 7, 2027, and consistent with the Court's standard case schedule.  *See* Dkt. No. 21.

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 14th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON STIPULATED MOTION TO CONTINUE THE TRIAL DATE - 1