UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA SCHMELLER,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS PHARMACY SERVICES MIDWEST LLC,<br><br>Defendant. | CASE NO. 2:24-cv-01222-KKE<br><br>ORDER ON STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>***[Clerk's Action Required]*** |

This matter comes before the Court on the parties' stipulated motion for withdrawal and substitution of counsel. Dkt. 31. The Court finds no issue in the withdrawal and substitution of counsel for Defendant Walgreens Pharmacy Services Midwest LLC, ("Walgreens"), and therefore **GRANTS** the motion.

Dated this 16th day of October, 2026.

Kymberly K. Evanson
United States District Judge